UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN - 3 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
v. )
BRENDA JORDAN )
)
)
)
)
)

02CR0012

DOCKETED
JAN 0 4 2002

Violations: Title 18
United States Code,
Sections 2 and 1341,
and Title 20, United States
Code, Section 1097.

COUNT ONE

JUDGE HIBBLER

MAGISTRATE JUDGE LEVIN

The UNITED STATES ATTORNEY charges:

1   At times material to this information:

A.   The Department of Education ("DOEd") was a department and agency of the United States government charged with the responsibility of administering various educational programs throughout the United States, including those authorized by Title 20, Chapter 28, Subchapter IV of the United States Code pertaining to student financial assistance and applicable federal regulations.

B.   One of the educational programs administered by the DOEd was the Pell Grant Program ("Pell Grant"), which provided financial assistance to eligible students pursuing post-secondary education at participating schools. The objective of the Pell Grant program was to provide direct grants to help qualified undergraduate students finance their college educations. Grant amounts, which could range up to approximately $2700 per academic year, were determined by a formula that took into account a student's financial status, cost of education, the level of federal appropriation, and, in the case of dependant students, parents'

information including income. Under the Pell Grant Program, eligible students were able to receive grants with no requirement that they repay the United States. Pell Grant funds were paid directly to participating educational institutions, to be credited to the student's tuition account or disbursed by the school to the student.

    C. Another of the educational programs administered by the DOEd was the Federal Supplemental Educational Opportunity Grant Program ("FSEOG"), which provided financial assistance to eligible students pursuing post-secondary education at participating schools. Under the FSEOG Program, eligible students were able to receive grants with no requirement that they repay the United States. FSEOG funds were paid directly to participating educational institutions, to be credited to the student's tuition account or disbursed by the school to the student.

    D. To receive a Pell Grant or FSEOG Grant, a student had to meet certain requirements and provide certain personal and family information. Included in the information that was required in order to determine a student's eligibility for Pell Grant funds or FSEOG funds was the income earned by and federal income tax paid by the student-applicant or, where the student-applicant was a dependant of his parent(s), the student-applicant's parents for the previous year.

E. The information relating to the student was analyzed by a DOEd contractor and used to prepare a Student Aid Report (SAR) summarizing the student's financial circumstances, for eventual use by financial aid officers at the student's school. Prior to being sent to the student's school, a copy of the SAR was mailed to the student for review of verification that it contained accurate information. In the case of a dependant student, a student's parent(s) were required to review, make any necessary corrections, and certify that the SAR contained accurate information.

F. Defendant BRENDA JORDAN had a child who applied for and received Pell and FSEOG funds in order to attend Illinois Wesleyan University.

2. From at least January 1, 1994 and continuing until at least on or about January 27, 1997, at South Holland, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRENDA JORDAN

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud Illinois Wesleyan University and the United States Department of Education and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3. It was part of this scheme that defendant BRENDA JORDAN sought the assistance of certain other individuals in the preparation of financial aid application documents.

4. It was part of this scheme that, in connection with her child's applications for financial aid, defendant knowingly caused to be represented on application documents that defendant's family earned an income and paid an amount in federal income tax for the year 1996 that was much less than what the defendant's family in fact earned in income and paid in federal income taxes those years.

5. It was further part of this scheme that, in order to falsely and fraudulently verify their under-reporting of her family's income and tax information on the application documents, the defendant knowingly prepared and caused to be prepared false federal income tax returns for the years 1993, 1994, 1995, and 1996 that understated her true family income. The defendant submitted and caused to be submitted to Illinois Wesleyan University the false federal income tax return in support of her application for financial aid.

6. As a result of the scheme, defendant BRENDA JORDAN, through her false and fraudulent representations regarding her family's income and federal income tax paid that year, enabled her child to receive the following approximate amounts of funding, to

which they were not entitled, from the Pell Grant and FSEOG programs:

| SCHOOL | SCHOOL YEARS | FINANCIAL AID RECEIVED |
|---|---|---|
| Illinois Wesleyan University | 1994-1995 | $2,700 |
| Illinois Wesleyan University | 1995-1996 | $2,190 |
| Illinois Wesleyan University | 1996-1997 | $2,880 |
| Illinois Wesleyan University | 1997-1998 | $2,850 |

7. It was further part of the scheme that defendant did misrepresent, conceal, hide and caused to be misrepresented, concealed, and hidden acts done in furtherance of the scheme and the purposes of those acts.

8. On or about January 27, 1997, at South Holland, in the Northern District of Illinois, Eastern Division,

BRENDA JORDAN

defendant herein, for the purpose of executing the above-described scheme and attempting so to do, did knowingly cause to be placed in an authorized depository for mail matter, for delivery by the United States Postal Service, an envelope containing a 1997 Student Aid Report, that envelope being addressed as follows:

> Federal Student Aid Programs
> P.O. Box 7022
> Lawrence , KS 66044-7022

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

1. Paragraphs 1 through 7 of Count One of this information are hereby realleged and incorporated herein.

2. On or about January 27, 1997, at South Holland, in the Northern District of Illinois,

BRENDA JORDAN

defendant herein, did knowingly and willfully obtain and attempt to obtain by fraud and materially false statements, funds and property provided by the United States Department of Education, that is, Pell Grant funds for her child, totaling approximately $2,850, by causing to be submitted a FAFSA in which she knowingly and falsely represented that the defendant and her husband earned an income in 1996 which was much less than what in fact they earned in income during that year;

In violation of Title 20, United States Code, Section 1097(a), and Title 18, United States Code, Section 2.

_____
UNITED STATES ATTORNEY